LEONARD BAUS, RESPONDENT, v. TRENTON AND MERCER COUNTY TRACTION CORPORATION, APPELLANT.

Argued February 10, 1926—Decided October 18, 1926.

On appeal from the Supreme Court, whose opinion is reported *ante, p.* 1.

For the respondent, *Martin P. Devlin.*

For the appellant, *Edward L. Katzenbach.*

PER CURIAM.

The judgment under review herein should be affirmed, for the reasons expressed in the opinion delivered by Chief Justice Gummere in the Supreme Court.

*For affirmance*—TRENCHARD, PARKER, MINTURN, BLACK, LLOYD, VAN BUSKIRK, MCGLENNON, JJ. 7.

*For reversal*—KATZENBACH, WHITE, KAYS, HETFIELD, JJ. 4.